Laurence J. Hutt (State Bar No. 066269)
laurence.hutt@aporter.com
James S. Blackburn (State Bar No. 169134)
james.blackburn@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
Attorneys for Plaintiff

Basil J. Lewris *(pro hac vice)*
bill.lewris@finnegan.com
Allen M. Sokal *(pro hac vice)*
allen.sokal@finnegan.com
Robert D. Litowitz *(pro hac vice)*
robert.litowitz@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER LLP
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Plaintiff
WYETH

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| WYETH, a Delaware Corporation,<br><br>Plaintiff.<br><br>WOCKHARDT LIMITED., an Indian company,<br><br>Defendant. | Case No. CV 07-5166-JVS (ANx)<br><br>[PROPOSED] ORDER STAYING THE LITIGATION AND ADJOURNING THE TRIAL DATE |

Having considered the parties' Joint Stipulation to Stay the Litigation and Adjourn the Trial Date, and good cause appearing therefor, it is ORDERED that:

1  The presently scheduled September 14, 2010 trial date, August 30, 2010 Final
2  Pretrial Conference dates are adjourned, and all remaining pretrial exchanges between
3  the parties and filings with the Court are stayed.
4  IT IS SO ORDERED.
5  Dated:    4.6.09

_____
Hon. James V. Selna
United States District Judge